IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ANDREW TOWERS**,

**Plaintiff,**

v.

**THE AMERICAN COAL COMPANY,**

**Defendant.**                                  No. 10-0497-DRH

### ORDER

**HERNDON, Chief Judge:**

Pending before the Court is the parties' joint stipulation of dismissal with prejudice (Doc. 15). Based on the stipulation, the Court **DISMISSES with prejudice** this cause of action. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 17th day of May, 2011.

David R. Herndon
2011.05.17
15:47:06 -05'00'

**Chief Judge**
**United States District Court**