IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANDREW TOWERS,

    Plaintiff,

v.

THE AMERICAN COAL COMPANY,

    Defendant.                      Case No. 10-CV-497-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on May 17, 2011, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                                NANCY J. ROSENSTENGEL,
                                CLERK OF COURT


                                BY:      /s/*Sandy Pannier*
                                            **Deputy Clerk**

Dated: May 19, 2011

Digitally signed by
David R. Herndon
Date: 2011.05.19
12:41:23 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT